<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1507**

DARRYL ALLMOND,

Plaintiff - Appellant,

versus

DEPARTMENT OF FAMILY SERVICES, Fairfax; YVONNE
WALLACE; JERRY NICHOLS; FRANCISCA BIRAGO;
JUANI DIAZ; ANN COVILLON; JUDY SLYNN; ROBERT
WATSON; SONIA RIVERO; VIRGINIA DEPARTMENT OF
SOCIAL SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-02-448-A)

Submitted: September 5, 2002     Decided: September 10, 2002

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Darryl Allmond, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl Allmond seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Allmond v. Department of Family Servs., No. CA-02-448-A (E.D. Va. filed May 2, 2002; entered May 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2